# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:18-cr-43-RBD-DCI

RICHARD HOYT CRAWFORD, JR.

_____

## ORDER

Before the Court is the *pro se* Defendant's Motion for Return of Funds. (Doc. 171 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends that the Court deny the Motion. (Doc. 174 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 174) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 171) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 14, 2024.


ROY B. DALTON, JR.
United States District Judge